UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LEONEL CAMARGO, *on behalf of himself and other similarly situated*,

                              Plaintiffs,

        -against-

GOOD NATURE, INC. ET AL,

                              Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-8522 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On February 23, 2022, the parties consented to have a United States magistrate judge conduct all proceedings in this case, and the case was assigned to Magistrate Judge Willis. ECF No. 16. The parties shall submit to the Court by March 17, 2022 a joint motion via ECF setting forth their views as to why their settlement is fair and should be approved. The motion must address the considerations detailed in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and must include a copy of the settlement agreement itself, attached as an exhibit. *The parties are advised that the Court will not approve settlement agreements that contain a confidentiality provision, and that the Court will not permit the parties to file any portion of any document related to the Court's evaluation of the proposed settlement under seal unless they have first made a particularized showing of the need for the relevant information to be sealed that rebuts the presumption of public access to judicial documents.*

      If the settlement includes attorney's fees, the parties should also address the reasonableness of the fees to be awarded under the framework set forth in *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 50 (2d Cir. 2000). Plaintiffs' attorneys must also attach as an exhibit detailed attorney time records for the Court's review, as the Second Circuit "encourage[s] the practice of

requiring documentation of hours as a 'cross check'" even in cases in which the fees awarded are a percentage of the total award. Id. (citation omitted).

    SO ORDERED.

DATED:    New York, New York
             February 25, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge